IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**IKECHUKWU HYGINIUS OKORIE**                                                                 **PLAINTIFF**

v.                                                                  CIVIL ACTION NO. 2:24-cv-35-TBM-RPM

**ANDREW FOXWORTH,** *et al*                                                                 **DEFENDANTS**

## ORDER

This matter came before the Court on Plaintiff Ikechukwu Hyginius Okorie's Motion for Reconsideration [80]. At the hearing conducted on July 24, 2025,[1] the Court, having considered the pleadings, the record, and the oral arguments of the parties, and the relevant legal authority, announced on the record its detailed findings and conclusions.

For all of the reasons stated at the hearing:

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff Ikechukwu Hyginius Okorie's Motion for Reconsideration [80] is DENIED.

**SO ORDERED AND ADJUDGED**, the 25th day of July, 2025.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE

---

[1] In accordance with the Order Setting Hearings [85] from June 4, 2025, this case was scheduled for a hearing at 11:30 a.m., along with eight other cases, as part of a focused two-day period for cases involving Dr. Okorie. The Order [85] also stated reasons for why a hearing was appropriate.